**JS-6**

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>LIBERTY SURPLUS INSURANCE CORPORATION, a New Hampshire corporation, and DOES 1 through 20, inclusive,<br><br>　　　　　Defendants. | Case No. 2:08-cv-04066-CAS (OPx)<br>Assigned to Hon. Christina A. Snyder<br><br>**ORDER RE DISMISSAL AS TO LIBERTY SURPLUS INSURANCE CORPORATION** |

## ORDER RE DISMISSAL

Pursuant to the Stipulation of Dismissal entered into between plaintiff Travelers Property Casualty Company of America ("Travelers") and defendant Liberty Surplus Insurance Corporation ("Liberty"), Liberty is hereby dismissed from Travelers' First Amended Complaint, with prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

///
///
///

The parties shall bear their own fees and costs in connection with this action.

Dated: August 19, 2010

*Christina A. Snyder*

The Honorable Christina A. Snyder

Submitted by:
WESTON & McELVAIN LLP
Wynn C. Kaneshiro (State Bar No. 166683)
Janice C. Chiou (State Bar No. 262470)
27520 Hawthorne Boulevard, Suite 180
Rolling Hills Estates, California 90274
Telephone: (310) 541-8341
Facsimile: (310) 541-8307
E-mail: wckaneshiro@wmattorneys.com
jchiou@wmattorneys.com

2  2:08-cv-04066-CAS (OPx)
[PROPOSED] ORDER RE DISMISSAL